Milo Petranovich, OSB No. 813376
petranovichm@lanepowell.com
Robert R. Calo, OSB No. 071037
calor@lanepowell.com
Benjamin Souede, OSB No. 081775
souedeb@lanepowell.com
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Plaintiffs Oversee.net and SnapNames.com, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OVERSEE.NET, a California corporation and SNAPNAMES.COM, INC., an Oregon corporation<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>HOWARD NELSON BRADY, JR., a Washington resident,<br><br>　　　　　　　　　　Defendant. | No. CV 10-518-KI<br><br>ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT |

  The undersigned has been retained as counsel to represent defendant Howard Nelson Brady, Jr. in the above-captioned matter.  As counsel for defendant Howard Nelson Brady, Jr., the undersigned hereby accepts service and acknowledges service of the Summons and Complaint on behalf of defendant.  Receipt of the Corporate Disclosure Statement, Civil Case Assignment Order, Discovery and Pretrial Scheduling Order, Blank Fed. R. Civ. P. 26(a)(1)

PAGE 1 -   ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT

Discovery Agreement, Blank Consent to Magistrate Judge and Designation of the Normal Appeal Route, and Civil Case Management Time Schedules is also acknowledged.

DATED: May 5, 2010

_____
David B. Markowitz, OSB No. 742046
Markowitz Herbold Glade & Mehlhaf PC
1211 SW 5th Avenue, Suite 3000
Portland, OR 97204
Telephone: 503.295.3085
Facsimile: 503.323.9105
davidmarkowitz@mhgm.com
J. Matthew Donohue, OSB No. 065742
MattDonohue@MHGM.com

PAGE 2 -   ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2010, I caused to be served a copy of the foregoing **ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT** on the following person(s) in the manner indicated below at the following address(es):

David B. Markowitz, Esq.
Markowitz Herbold Glade & Mehlhaf PC
1211 SW 5th Avenue, Suite 3000
Portland, OR 97204
Telephone: 503.295.3085
Facsimile: 503.323.9105
davidmarkowitz@mhgm.com

- ☐ by **CM/ECF**
- ☐ by **Electronic Mail**
- ☐ by **Facsimile Transmission**
- ☐ by **First Class Mail**
- ☑ by **Hand Delivery**
- ☐ by **Overnight Delivery**

_____
Milo Petranovich

PAGE 3 -   CERTIFICATE OF SERVICE