**Milo Petranovich**, OSB No. 813376
petranovichm@lanepowell.com
**Robert R. Calo**, OSB No. 071037
calor@lanepowell.com
**Julie M. Engbloom**, OSB No. 066988
engbloomj@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Plaintiffs Oversee.net and SnapNames.com, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **OVERSEE.NET,** a California corporation and **SNAPNAMES.COM, INC.**, an Oregon corporation<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**HOWARD NELSON BRADY, JR.,** a Washington resident**,**<br><br>　　　　　　　　　　　　　Defendant. | No. CV 10-518-KI<br><br>Plaintiffs Oversee.net and Snapnames.com, Inc.'s<br>**UNOPPOSED MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES**<br><br>Pursuant to Federal Rules of Civil Procedure 6(b) and Local Rule 16.3(a) |

**RULE 7.1 CERTIFICATE OF COMPLIANCE**

　　　Counsel for plaintiffs Oversee.net and SnapNames.com, Inc. ("Plaintiffs"), has conferred with counsel for defendant regarding the issues raised by this motion.  Counsel do not oppose this motion.

PAGE 1 -　PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DISCOVERY AND
　　　　　　PRETRIAL DEADLINES

# MOTION

Pursuant to Federal Rules of Civil Procedure 6(b) and Local Rule 16.3(a), Plaintiffs hereby move this Court for an order extending the Discovery and Pretrial Order deadlines as follows:

1. Completion of Non-Expert Discovery:    January 14, 2011

2. Complete Expert Discovery:    March 14, 2011

3. Dispositive Motions Date:    April 14, 2011

Additional time sought herein is necessary for the reasons set forth in the accompanying Declaration of Julie M. Engbloom.

The parties also request a Rule 16 Conference.

This motion is made in good faith and not for the purposes of delay.

DATED: September 1, 2010

                **LANE POWELL** PC

By /s/ Julie M. Engbloom
   Milo Petranovich, OSB No. 813376
   Robert R. Calo, OSB No. 071037
   Julie M. Engbloom, OSB No. 066988
   Telephone: 503.778.2100
Attorneys for Plaintiffs Oversee.net and SnapNames.com, Inc.

PAGE 2 -    PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES