**Milo Petranovich**, OSB No. 813376
petranovichm@lanepowell.com
**Robert R. Calo**, OSB No. 071037
calor@lanepowell.com
**Julie M. Engbloom**, OSB No. 066988
engbloomj@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Plaintiffs Oversee.net and SnapNames.com, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **OVERSEE.NET,** a California corporation and **SNAPNAMES.COM, INC.**, an Oregon corporation<br><br>                                    Plaintiffs,<br><br>       v.<br><br>**HOWARD NELSON BRADY, JR.,** a Washington resident**,**<br><br>                                    Defendant. | No. CV 10-518-KI<br><br>**DECLARATION OF JULIE M. ENGBLOOM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** |

I, Julie M. Engbloom, declare and state as follows:

1.     I am one of the attorneys for plaintiffs Oversee.net and SnapNames.com, Inc. ("Plaintiffs"), in the above-captioned matter.  I have personal knowledge of the facts set forth below and make this declaration in support of Plaintiffs' Unopposed Motion to Extend Discovery and Pretrial Deadlines.

PAGE 1 -   DECLARATION OF JULIE M. ENGBLOOM IN SUPPORT OF PLAINTIFFS'
          UNOPPOSED MOTION TO EXTEND DISCOVERY AND PRETRIAL
          DEADLINES

709244.0001/871893.1

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

2. In accordance with Local Rule 16.3, the parties wish to establish the effective use of time provided by this Court. To date, the parties have conducted initial disclosures under Rule 26, having chosen not to waive the initial disclosure procedure. Plaintiffs have produced almost 500 gigabytes of electronic data. Owing to the document intensive nature of the case and the amount of electronic data to be produced, the parties have been diligently proceeding with document production at this stage of the litigation.

3. A Rule 16 conference has not yet been scheduled, and the parties also request the setting of same.

4. This motion is made in good faith and not for the purposes of delay.

5. I conferred with counsel for defendant prior to filing this motion. Counsel do not oppose this motion and join in this motion for the extension of time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of September 2010, at Portland, Oregon.

  */s/ Julie M. Engbloom*
  Julie M. Engbloom

PAGE 2 -  DECLARATION OF JULIE M. ENGBLOOM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

709244.0001/871893.1