**Milo Petranovich**, OSB No. 813376
petranovichm@lanepowell.com
**Robert R. Calo**, OSB No. 071037
calor@lanepowell.com
**Julie M. Engbloom**, OSB No. 066988
engbloomj@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Plaintiffs Oversee.net and SnapNames.com, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **OVERSEE.NET,** a California corporation and **SNAPNAMES.COM, INC.**, an Oregon corporation<br><br>                                    Plaintiffs,<br><br>        v.<br><br>**HOWARD NELSON BRADY, JR.,** a Washington resident**,**<br><br>                                    Defendant. | No. CV 10-518-KI<br><br>Plaintiffs Oversee.net and Snapnames.com, Inc.'s<br>**NOTICE OF WITHDRAWAL OF ATTORNEY BENJAMIN SOUEDE** |

PAGE 1 -   NOTICE OF WITHDRAWAL OF ATTORNEY BENJAMIN SOUEDE

PLEASE TAKE NOTICE that Benjamin Souede is no longer associated with Lane Powell PC and is withdrawing as one of the attorneys for plaintiffs. Effective immediately, Benjamin Souede should be removed from the Court's database and from receiving electronic notices with regard to this matter. Milo Petranovich, Robert R. Calo and Julie M. Engbloom of Lane Powell PC remain counsel for plaintiffs Oversee.net and SnapNames.com, Inc.

DATED: September 7, 2010

LANE POWELL PC

By */s/ Julie M. Engbloom*
    Milo Petranovich, OSB No. 813376
    Robert R. Calo, OSB No. 071037
    Julie M. Engbloom, OSB No. 066988
    Telephone: 503.778.2100
Attorneys for Plaintiffs Oversee.net and SnapNames.com, Inc.

PAGE 2 -   NOTICE OF WITHDRAWAL OF ATTORNEY BENJAMIN SOUEDE